IN THE COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-801 |
| | ) |
| MICHAEL A. McTIGUE, | ) |
| LESLIE A. McTIGUE, and | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant(s) | ) |

CONSENT JUDGMENT

AND NOW, to wit, this 15th day of August, 2007, it appearing that counsel for plaintiff, United States of America, Department of Agriculture and counsel for defendant, United States of America, Department of Treasury have consented to the entry of the within Order on behalf of their respective clients, it is hereby ORDERED, ADJUDGED and DECREED that a judgment be entered in favor of the plaintiff, United States of America, Department of Agriculture and against the United States of America, Department of Treasury for foreclosure of the mortgage of plaintiff in the within cause and for sale of the mortgaged property of defendant(s) MICHAEL A. McTIGUE AND LESLIE A. McTIGUE.

It is further ORDERED, ADJUDGED and DECREED that defendant, United States of America, Department of Agriculture, shall be notified by plaintiff of the date, time and place scheduled for any sheriff's sale of the real property of the aforesaid defendant(s); that the United States of America, Department of

Treasury shall be entitled to payment from the proceeds of the sheriff's sale to the extent its proper priority would entitle it to the same.

Nothing contained in the within Order shall, in any way, be construed as entry of a monetary judgment against the United States of America, Department of Treasury, but rather said judgment is limited to the foreclosure and sale of the real estate of the aforesaid defendant(s) in the within proceeding.

BY THE COURT:

_____ J.

Consented to by:

_____
JUSTIN L. McCALL, ESQ.
Counsel for Plaintiff

_____
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Counsel for Defendant
United States of America,
Department of Treasury