IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 2:07-cv-00801 |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL A. McTIGUE, ) | |
| LESLIE A. McTIGUE, and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

AND NOW, to wit, this __17th__ day of __October__, 2007, after presentation and consideration of the foregoing Motion for Default and Default Judgment and for Deficiency Judgment, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendants for failure to answer and judgment by default is hereby entered against said Defendants and in favor of Plaintiff. A judgment in mortgage foreclosure and an in personam judgment is entered against Defendants in favor of Plaintiff, the United States of America, as follows:

| | |
|---|---|
| Principal | $ 56,506.49 |
| Interest to 10/11/07 | $ 12,371.06 |
| Interest Credit Subject to Recapture | $ 22,239.77 |
| **Total** | **$ 91,117.32** |

plus interest from the date of judgment at the legal rate and reasonable attorneys' fees and collection costs.

It is further ORDERED that a judgment in mortgage foreclosure is entered against Defendants.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that a deficiency judgment is entered against Defendants for the balance due and owing on the default judgment after deduction of monies received as the result of the sale of the subject property.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

*DS Cercone*
United States District Judge